**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FISHERIES SURVIVAL FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16-cv-2409 (TSC) |
| SALLY JEWELL, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment [42] is hereby GRANTED. Plaintiffs' Motion for Summary Judgment [39] is hereby DENIED. Defendant-Intervenor's Motion [40] is hereby DENIED AS MOOT.

This is a final appealable order.

Date: September 30, 2018

TANYA S. CHUTKAN
United States District Judge