IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, *et al.*,<br><br>      Defendants,<br><br>  and<br><br>STATOIL WIND US LLC,<br><br>      Defendant-Intervenor. | Case No. 1:16-cv-02409 (TSC) |

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that, effective May 15, 2018, Defendant-Intervenor Statoil Wind US LLC changed its name to Equinor Wind US LLC.

Dated:  November 8, 2018                    Respectfully submitted,

                                              */s/  Kevin A. Ewing*
                                              Kevin A. Ewing (D.C. Bar #440444)
                                              Laura Prebeck Hang (D.C. Bar #888314184)
                                              BRACEWELL LLP
                                              2001 M Street NW, Suite 900
                                              Washington, DC 20006
                                              Telephone:  (202) 828-7638
                                              Facsimile:  (800) 404-3970
                                              Email:   kevin.ewing@bracewell.com
                                                                     laura.hang@bracewell.com

                                              and

Rachel B. Goldman (admitted *pro hac vice*)
BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, New York  10020
Telephone:  (212) 508-6135
Facsimile:  (212) 938-3835
Email: rachel.goldman@bracewell.com

***Counsel for Defendant-Intervenor***
***Equinor Wind US LLC (fka Statoil Wind US LLC)***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November 2018, a true and complete copy of the foregoing *Notice of Name Change* has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

                                          */s/ Kevin A. Ewing*
                                          Kevin A. Ewing (D.C. Bar #440444)

Case 1:16-cv-02409-TSC   Document 62   Filed 11/08/18   Page 4 of 7



On May 15, 2018, we changed our name from Statoil to Equinor. The biggest transition our modern-day energy systems have ever seen is underway, and we aim to be at the forefront of this development. Our name change supports our strategy as a broad energy company.

We changed our name from Statoil to Equinor on May 15. Read the press release.

Press release, March 2018



# Statoil to change name to Equinor

 March 15, 2018 06:50 CET | Last modified March 15, 2018 09:22 CET



The board of directors of Statoil proposes to change the name of the company to Equinor. The name change supports the company's strategy and development as a broad energy company.

The name Equinor is formed by combining "equi", the starting point for words like equal, equality and equilibrium, and "nor", signalling a company proud of its Norwegian origin, and who wants to use this actively in its positioning.

"The world is changing, and so is Statoil. The biggest transition our modern-day energy systems have ever seen is underway, and we aim to be at the forefront of this development. Our strategy remains firm. The name Equinor reflects ongoing changes and supports the always safe, high value and low carbon strategy we outlined last year," says chair of the board in Statoil, Jon Erik Reinhardsen.

"For us, this is a historic day. Statoil has for almost 50 years served us well.  Looking towards the next 50 years, reflecting on the global energy transition and how we are developing as a broad energy company, it has become natural to change our name. The name Equinor



CEO Eldar Sætre

captures our heritage and values, and what we aim to be in the future," says Statoil's President and CEO Eldar Sætre.

The new name will be proposed to shareholders in a resolution to the Annual General Meeting on 15 May. The Norwegian government, as majority shareholder, supports the proposal and will vote in favour of the resolution.

"Equinor is a powerful expression of who we are, where we come from and what we aspire to be. We are a values-based company, and equality describes how we want to approach people and the societies where we operate. The Norwegian continental shelf will remain the backbone of our company, and we will use our Norwegian heritage in our positioning as we continue growing internationally within both oil, gas and renewable energy," says Sætre.

Statoil's strategy presented in 2017, sets clear principles for the development of a distinct and competitive portfolio. Statoil will develop long-term value on the Norwegian continental shelf, deepen in core areas and develop new growth options internationally. Statoil is one of the world's most carbon-efficient producers of oil and gas, and will develop its low carbon advantage further. Statoil is building a material industrial position within profitable renewable energy, and expects to invest 15-20% of total capex in new energy solutions by 2030.

"We delivered solid results for 2017 and are today in a strong position. We have strengthened our competitiveness, radically improved our project portfolio and have a clear strategy for further development of our company. As we position ourselves for long term value creation and to be competitive also in a low carbon future, we have been searching for a name that captures our heritage and values, and at the same time reflects the opportunities we see. I am confident that the name Equinor will support our strategy and vision to shape the future of energy," says Sætre.

"Once formally approved 15 May, we will start the roll out of the new name and brand. Equinor is a name that is forward-looking, and creates a strong platform for engagement and dialogue with a broad set of stakeholders. We believe it will

create internal alignment and pride, and help attract capital, partners and talents," says Reidar Gjærum, Senior Vice President for Corporate Communication in Statoil.

Press conference

Media is invited to a press conference with CEO Eldar Sætre.

- Thursday 15 March, 0930 CET.
- Statoil's offices at Fornebu. Martin Linges vei 33, 1364 Fornebu

The press conference will also be webcast from 0930 CET.

Related pages and downloads

Photo of CEO Eldar Sætre    JPG  5 MB

equinor logo    JPG  302 KB

Say hi to change. Say hi to equinor. Youtube video



Terms and conditions    Privacy policy    Site info    Contact us    RSS

Copyright © 2018 Equinor ASA