IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FISHERIES SURVIVAL FUND,** *et al.* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DAVID BERNHARDT,** *et al.* ) <br> ) <br> **Defendants,** ) <br> ) <br> and ) <br> ) <br> **EQUINOR WIND US LLC,** ) <br> ) <br> **Defendant-Intervenor.** ) <br> ) | Civ. No. 1:16-cv-02409 TSC |

## NOTICE OF APPEAL

Notice is hereby given this 13th day of April, 2020, that Plaintiffs Fisheries Survival Fund ("FSF"), the Borough of Barnegat Light, NJ, The Town Dock, Seafreeze Shoreside ("Seafreeze"), Sea Fresh USA, Rhode Island Fishermen's Alliance ("RIFA"), Long Island Commercial Fishing Association ("LICFA"), the Town of Narragansett, Rhode Island, the Narragansett Chamber of Commerce ("NCC"), the City of New Bedford, Massachusetts, and the Fishermen's Dock Co-Operative of Point Pleasant (NJ) ("Point Pleasant Co-Op") (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from (1) the judgment of this Court entered on September 30, 2018, granting summary judgment against Plaintiffs and in favor of Defendants David Bernhardt, in his official capacity as the Secretary of the Department of the Interior, and the Bureau of Ocean Energy Management ("BOEM"), and

Defendant-Intervenor Equinor Wind US LLC (Dkt. 61), and (2) the judgment of this Court entered on February 14, 2020, denying Plaintiffs' Motion to Alter or Amend (Dkt. 74).

Dated: April 13, 2020                                    Respectfully submitted,

/s/  David E. Frulla
David E. Frulla (D.C. Bar 414170)
Bezalel A. Stern (D.C. Bar 1025745)

KELLEY DRYE & WARREN LLP
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
dfrulla@kelleydrye.com
bstern@kelleydrye.com

*Attorneys for Plaintiffs*

**CLERK**: Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
Email: luke.hajek@usdoj.gov

*Attorney for Defendants*

Kevin A. Ewing
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20006
Tel: (202) 828-7638
Fax: (800) 404-3970
Email: kevin.ewing@bracewell.com

Rachel B. Goldman
BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Tel: (212) 508-6135
Fax: (212) 938-3835
Email: rachel.goldman@bracewell.com

*Attorneys for Defendant-Intervenor*